# Exhibit 1

**Beauty Concepts' Current Location, prominently displaying SKKN+ Marks**



**Beauty Concepts' Website, prominently displaying SKKN+ Marks, screenshot accessed 06/28/2022**



Beauty Concepts' Facebook page, prominently displaying SKKN+ Marks, screenshot accessed 06/28/2022

