**Exhibit 25**

# SKKN BY KIM

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90613493 | **Application Filing Date:** | Mar. 30, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/APPLICATION/Published for Opposition | |
| | | A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration. | |
| **Status:** | Application has been published for opposition. The opposition period begins on the date of publication. | | |
| **Status Date:** | Jun. 21, 2022 | | |
| **Publication Date:** | Jun. 21, 2022 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | SKKN BY KIM |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Name Portrait Consent:** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Kim Kardashian, whose consent(s) to register is made of record. |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1597922 |
| **International Application(s)/Registration(s) Based on this Property:** | A0107294/1597922 |
| **Claimed Ownership of US Registrations:** | 3371751, 4250447, 4693707 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Towels; wash cloths; bath mitts; shower curtains and shower curtain liners; textiles for home furnishings, namely, household linens, bath linens, bed linens, kitchen linens and table linens; drapery; afghans; throws; comforters; bed blankets | | |
| **International Class(es):** | 024 - Primary Class | **U.S Class(es):** | 042, 050 |
| **Class Status:** | ACTIVE | | |

Basis: 1(b)

## Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes |
| **Filed 44D:** No | **Currently 44E:** No |
| **Filed 44E:** No | **Currently 66A:** No |
| **Filed 66A:** No | **Currently No Basis:** No |
| **Filed No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Kimsaprincess Inc.

**Owner Address:** 9255 Sunset Blvd, FL 2
West Hollywood, CALIFORNIA UNITED STATES 90069

**Legal Entity Type:** CORPORATION  **State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Jennifer Ko Craft  **Docket Number:** 066132-70236

**Attorney Primary Email Address:** TRADEMARKSLV@DICKINSONWRIGHT.COM  **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Jennifer Ko Craft
DICKINSON WRIGHT PLLC
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA UNITED STATES 89169

**Phone:** 702-550-4400  **Fax:** 844-670-6009

**Correspondent e-mail:** TRADEMARKSLV@DICKINSONWRIGHT.COM  **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 21, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 21, 2022 | PUBLISHED FOR OPPOSITION | |
| Jun. 01, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 18, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 17, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 16, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 16, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 15, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 15, 2021 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 15, 2021 | NON-FINAL ACTION WRITTEN | 83706 |
| Nov. 09, 2021 | ASSIGNED TO EXAMINER | 83706 |
| Jul. 07, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 02, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** ROACH, APRIL K  **Law Office Assigned:** LAW OFFICE 115

### File Location

**Current Location:** PUBLICATION AND ISSUE SECTION  **Date in Location:** May 18, 2022