# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEAUTY CONCEPTS LLC <br> d/b/a SKKN PLUS LLC and SKKN+, <br><br> Plaintiff, <br><br> v. <br><br> KIM KARDASHIAN WEST, <br> KIMSAPRINCESS INC. (NY), <br> KIMSAPRINCESS INC. (CA), <br> COTY INC., COTY US LLC, and <br> COTY DTC HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-3797 <br><br> JURY TRIAL DEMANDED |

### CORRECTED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)[1]

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Beauty Concepts LLC d/b/a SKKN Plus LLC and SKKN+, by and through their counsel, hereby give notice that the above captioned action against defendant Kimsaprincess Inc. (NY) is voluntarily dismissed, without prejudice.

DATED: November 17, 2022

Respectfully submitted,
*/s/ Nicole D. Galli*
Nicole D. Galli (NG-2604)
ND GALLI LAW LLC
1650 Market Street
Suite 3600, #00250
Philadelphia, PA 19103
Telephone: (215) 525-9580
Facsimile: (215) 525-9585
ndgalli@ndgallilaw.com

5 Penn Plaza, 19th Floor
New York, NY 10001
Tel: (646) 680-9663

*Attorney for Plaintiff, Beauty Concepts LLC d/b/a SKKN PLUS LLC and SKKN+*

---

[1] This Notice was originally filed at Docket 12, but was withdrawn by the Clerk's Office at Counsel's request because the address of Defendant Kimsaprincess Inc. (NY) was missing from the Certificate of Service. This Corrected Notice is thus being refiled at Docket 13 with Letter Motion also filed today now assigned Docket 12.

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2022, all parties are being served with a copy of the foregoing via email (with consent) to counsel for all Defendants except KIMSAPRINCESS INC. (NY), which is being served by First Class Mail at the address: 216 W. 141st Street, New York, NY 10030.

/s/ *Nicole D. Galli*

Nicole D. Galli